UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFERY HAMM,<br><br>        Plaintiff,<br><br>   -against-<br><br>NY CITY PD PARKING ENFORCEMENT ACTION UNIT, et al.,<br><br>        Defendants. | 1:20-CV-2687 (CM)<br><br>ORDER OF DISMISSAL |

COLLEEN McMAHON, Chief United States District Judge:

  By order dated April 28, 2020, the Court directed Plaintiff, within thirty days, to submit an amended *in forma pauperis* ("IFP") application or pay the $400.00 in fees required to file a civil action in this Court. That order also required Plaintiff to update his address of record within thirty days. The Court specified that failure to comply would result in dismissal of this action without prejudice to Plaintiff's refiling this action. Plaintiff has not filed an amended IFP application or paid the fees, and he has not updated his address of record. Accordingly, the Court dismisses this action without prejudice to Plaintiff's refiling this action. *See* 28 U.S.C. §§ 1914, 1915; Fed. R. Civ. P. 41(b).

  The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   July 8, 2020
         New York, New York

                                              COLLEEN McMAHON
                                        Chief United States District Judge