UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFERY HAMM,<br><br>        Plaintiff,<br><br>  -against-<br><br>NY CITY PD PARKING ENFORCEMENT ACTION UNIT, et al.,<br><br>        Defendants. | 1:20-CV-2687 (CM)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued July 8, 2020, dismissing this action without prejudice to Plaintiff's refiling this action,

  IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice to Plaintiff's refiling this action for Plaintiff's failure to submit an amended *in forma pauperis* application or pay the $400.00 in relevant fees, and for Plaintiff's failure to update his address of record. *See* 28 U.S.C. §§ 1914, 1915; Fed. R. Civ. P. 41(b).

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: July 8, 2020
     New York, New York

                         /s/ Colleen McMahon
                        COLLEEN McMAHON
                        Chief United States District Judge